# Court of Appeals
# of the State of Georgia

ATLANTA,_March 23, 2017_____

*The Court of Appeals hereby passes the following order:*

**A17E0041.  THERIAN WIMBUSH v. THE STATE.**

Therian Wimbush, pro se, has filed an emergency motion under Court of Appeals Rule 40 (b), requesting this Court grant an emergency appeal from the denial of her motion for discharge and acquittal pursuant to OCGA § 17-7-170.

Wimbush has not established that any emergency relief is necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot. Court of Appeals Rule 40 (b). Accordingly, the emergency motion is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_03/23/2017_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*